

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00017-CV

IN RE ERIC ANDIKA                                                    RELATOR

----------

ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

This court has considered relator's petition for a writ of mandamus and the response to the petition filed by the State of Texas. Because the trial court has granted the relief that relator requested in his petition, we deny the petition as moot. *See* Tex. R. App. P. 52.8(a); *In re Martinez,* 131 S.W.3d 514, 514 (Tex. App.—El Paso 2004, orig. proceeding).

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED: February 11, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).